No. 5465.—BANCO DE PONCE, apldo., v. SILVA ET ALS., apltes.—C. D. Ponce. ▮▮▮▮▮▮ Noviembre 28, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)
Vista sin asistencia de las partes la moción que antecede

---

* NOTA: El Juez Asociado Señor Texidor no intervino.

sobre desestimación de la presente apelación; habiendo los apelantes justificado la demora en cuanto a la aprobación de la transcripción de la evidencia; apareciendo que dicha transcripción ya está aprobada por el juez que presidió el juicio del caso; y no habiendo el demandante apelado demostrado que los codemandados no notificados del escrito de apelación son verdaderas partes contrarias, se declara sin lugar dicha moción.